McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEATRICE COX,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | Case No. 2:05-CV-01384-FCD-DAD<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). It has been determined that extra party evidence was before the Appeals Council and is contained as an exhibit in the administrative transcript. On remand, the Appeals Council will extract the extra party evidence and take such further action as it deems necessary to reconcile the record.

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

///

///

*Stip&Order - Sentence 6 Rem 2:2:05-CV-01384*          **1**

counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131

DATED: January 25, 2006            /s/ Gina Marie Fazio
                                   GINA MARIE FAZIO

                                   Attorney for Plaintiff


DATED: January 26, 2006            McGREGOR W. SCOTT
                                   United States Attorney


                             By:   /s/ Bobbie J. Montoya
                                   BOBBIE J. MONTOYA
                                   Assistant U. S. Attorney

                                   Attorneys for Defendant


OF COUNSEL:

LUCILLE GONZALES MEIS
 Chief Counsel, Region IX

PETER THOMPSON
 Assistant Regional Counsel

 Office of the General Counsel
  U. S. Social Security Administration

*Stip&Order - Sentence 6 Rem 2:2:05-CV-01384*            **2**

_____oOo_____

### **ORDER**

For good cause shown, <u>COX v. BARNHART</u> (Case No. 2:05-CV-01384-FCD-DAD) is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

**SO ORDERED.**

DATED:   January 27, 2006          /s/Frank C. Damrell, Jr.
                                   **FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE**

*Stip&Order - Sentence 6 Rem 2:2:05-CV-01384*          **3**