1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEATRICE COX,

11              Plaintiff,                        No. CIV S-05-1384 FCD DAD

12       v.

13   MICHAEL J. ASTRUE,                           ORDER
     Commissioner of Social Security,
14
                Defendant.
15   _____/

16              By stipulation and order filed January 30, 2006, this case was remanded under

17   sentence six of 42 U.S.C. § 405(g).  By order filed November 12, 2010, the case was reopened.

18   Defendant has filed an answer and lodged the administrative record.  The Scheduling Order filed

19   in this action on July 14, 2005 is reinstated, and plaintiff shall file her motion for summary

20   judgment and/or remand within 45 days from service of this order.

21              IT IS SO ORDERED.

22   DATED: November 19, 2010.

23

24

25                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

26   DAD:kw
     ddad1/orders.socsec/cox1384.ord.brfg