1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
      Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| Leatrice Cox, ) | CASE NO. 2:05-cv-1384 FCD DAD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR FILING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 10-day extension of time to submit the Motion for Summary Judgment. The current due date for Plaintiff's Motion for Summary Judgment is January 6, 2011. The new due date will be January 16, 2011.  The scheduling order should be modified accordingly.

Dated: January 6, 2011           /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff


Dated: January 6, 2011           BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Shea Lita Bond
                                 (as authorized via e-mail)
                                 SHEA LITA BOND
                                 Special Assistant United States Attorney

**ORDER**

The parties' stipulation (Doc. No. 33) is approved, and plaintiff is granted an extension of time to January 16, 2011, to file her motion for summary judgment.

IT IS SO ORDERED.

DATED: January 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\cox1384.stipord.eot.pmsj