IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEATRICE COX,

      Plaintiff,                  No. CIV S-05-1384 GEB[1] DAD

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
                                ORDER
      Defendant.

        This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15).

        On September 9, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant has filed timely objections to the findings and recommendations, and plaintiff has filed a timely reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

---

[1] By order filed August 31, 2011 (Doc. No. 38), this action was reassigned from District Judge Frank C. Damrell, Jr. to District Judge Garland E. Burrell, Jr.

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 9, 2011, are adopted in full;

2. Plaintiff's January 10, 2011 motion for summary judgment (Doc. No. 35) is granted as set forth in the findings and recommendations;

3. Defendant's January 27, 2011 cross-motion for summary judgment (Doc. No. 36) is denied;

4. The decision of the Commissioner of Social Security is reversed; and

5. This action is remanded for further proceedings consistent with this order.

Dated: September 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2