IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEATRICE COX,

      Plaintiff,

No. CIV S-05-1384 GEB DAD

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

ORDER

      Defendant.

_____/

      This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15).

      On May 24, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant has filed timely objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 24, 2012 (Doc. No. 49) are adopted in full;

2. Plaintiff's motion for attorney fees under the Equal Access to Justice Act (Doc. No. 44) is granted;

3. Plaintiff is awarded $8,509.44 for attorney fees pursuant to 28 U.S.C. § 2412(d); and

4. Defendant is directed to determine whether plaintiff's EAJA attorneys fees are subject to any offset permitted under the United States Department of the Treasury's Offset Program and, if the fees are not subject to an offset, to honor plaintiff's assignment of EAJA fees and cause the payment of fees to be made directly to plaintiff's counsel pursuant to the assignment executed by plaintiff.

Dated: July 2, 2012

GARLAND E. BURRELL, JR.
United States District Judge